Kirk Guinn #015448
3707 E Southern Ave., #1070
Mesa AZ 85206
602-314-7873
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In Re: | ) | Chapter 13 |
|---|---|---|
| | ) | Case No. 4-08-bk05941-JMM |
| | ) | |
| CHARLES MCCLINTIC, | ) | NOTICE OF OBJECTION TO CLAIM |
| CATHERINE MCCLINTIC, | ) | FILED BY CHASE STUDENT LOAN |
| | ) | SERVICING AND ASSIGNED TO |
| | ) | AMERICAN STUDENT ASSISTANCE |
| | ) | |
| Debtor(s) | ) | (Claim #8 on Claims Register) |

Charles McClintic and Catherine McClintic filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated.** **You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, then on or before 10/14/200, you or your lawyer must:

    File with the court a written response to the objection, explaining your position, at:

    Clerk of the U.S. Bankruptcy Court
    230 North First Avenue, Suite 101
    Phoenix, Arizona 85003

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

You must also mail a copy to:

    **Kirk Guinn**
    **3707 E Southern Ave., #1070**
    **Mesa AZ 85206**
    **602-314-7873**
    **Attorney for Debtors**

1

Diane C. Kerns
Chapter 13 Trustee
7320 N. La Cholla, #154-413
Tucson, AZ  85741

**If a timely response is not filed and served by the claimant, the objecting party may lodge an order with the court sustaining the objection.**

**If the claimant timely files and serves a response to the objection, the objecting party must obtain a hearing date, serve notice on the claimant and file a certificate of service.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.

Date: September 24, 2009                         /s/ Kirk Guinn
                                                 Kirk Guinn, Attorney for Debtors
                                                 430 West 1st Street, #102
                                                 Tempe, AZ  85281

2